NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-14-0000359
24-FEB-2014
08:39 AM**

NO. CAAP-14-0000359

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

DEBORAH COLE, Petitioner-Appellant,
v.
SCOTT SILVERSTON, Respondent-Appellee

APPEAL FROM THE FAMILY COURT OF THE FIFTH CIRCUIT
(FC-DA NO. 12-1-000258)

ORDER GRANTING THE FEBRUARY 10, 2014 MOTION TO DISMISS APPEAL
(By: Foley, Presiding Judge, Fujise and Leonard, JJ.)

Upon consideration of the motion to dismiss the appeal
(Motion) filed on February 10, 2014 by Petitioner-Appellant
Deborah Cole (Appellant), the records and files herein, and
noting no timely filed opposition, it appears that Appellant
seeks dismissal of her appeal, that the appeal has not yet been
docketed, and that Rule 42(a) of the Hawaiʻi Rules of Appellate
Procedure applies to dismissal of an appeal prior to docketing.

Therefore, IT IS HEREBY ORDERED that the Motion is granted pursuant to HRAP Rule 42(a), and the appeal is dismissed. The parties shall bear their own appellate costs and fees.

DATED: Honolulu, Hawai'i, February 24, 2014.

Presiding Judge

Associate Judge

Associate Judge